Carl E. Douglas, Esq. (SBN: 097011)
Jamon R. Hicks, Esq. (SBN: 232747)
**DOUGLAS / HICKS LAW, APC**
5120 W. Goldleaf Circle, Suite 140
Los Angeles, California 90056
(323) 655-6505   Fax: (323) 927-1941
carl@douglashickslaw.com
jamon@douglashickslaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEAYO RUSSELL,<br><br>　　　　　*Plaintiffs*,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES; and<br>DOES 1-10, Inclusive,<br><br>　　　　　*Defendants*. | Case No.: 2:23-cv-05979-FMO-SK<br><br>*Hon. District Judge Fernando M. Olguin,*<br><br>**PLAINTIFF'S DECLARATION OF JAMON R. HICKS, ESQ. REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANT COUNTY OF LOS ANGELES** |

**TO THE HONORABLE COURT:**

　　**COMES NOW** Plaintiff YEAYO RUSSELL before the Court and hereby submits Declaration of Jamon R. Hicks, Esq. Regarding Order to Show Cause Re Dismissal for Lack of Prosecution as to Defendant County of Los Angeles.

Dated: October 19, 2023

**DOUGLAS / HICKS LAW, APC.**

BY: __*/S/ Jamon R. Hicks*__
   Jamon R. Hicks
   Attorney for Plaintiff
   YEAYO RUSSELL

## <u>DECLARATION OF JAMON R. HICKS, ESQ.</u>

I, **JAMON R. HICKS, ESQ.**, declare:

1.   I am an attorney-at-law, duly licensed to practice before all courts of the State of California and am presently one of the attorneys on record for Plaintiff Yeayo Russell, Plaintiff in the above-entitled action.

2.   I am personally familiar with all the facts and events involved in this matter, and I am competent to testify to the matters stated herein.

3.   This Declaration is made to explain the status of service on the Defendant, County of Los Angeles as ordered by the Court on October 13, 2023. [Docket No.10]

4.   The Complaint in this matter was filed on July 24, 2023.

5.   On October 13, 2023 the Court "ordered Plaintiff to show cause in writing on or before October 20, 2023, why this action should not be dismissed for lack of prosecution." [Docket No. 10]

6.   The Court further advised that the order to show cause will stand submitted upon the filing of "proof of service of summons and complaint on the County of Los Angeles." [Docket No. 10]

7.   On October 16, 2023, Plaintiff filed the proof of service upon Defendant, County of Los Angeles verifying it was served on October 13, 2013. Service of summons and complaint were personally executed upon Bruce Crouchet. The answer is due on or before November 3, 2023. [Docket No. 11]

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

This Declaration was executed on this 19th day of October, 2023, in Los Angeles, California.

_____*/s/ Jamon R. Hicks*_____
Jamon R. Hicks, Esq.
Declarant