Bradley C. Gage, Esq. S.B. No. 117808
(email: brad@bradgagelaw.com)
Milad Sadr, Esq. S.B. No. 245080
(email: milad@bradgagelaw.com)
BRAD GAGE LAW, APC
23002 Victory Boulevard
Woodland Hills, California 91367
(818) 340-9252  Fax: (818) 340-9088

Attorneys for Plaintiffs
YEAYO RUSSELL, an individual and
as Guardian Ad Litem for minor D.F.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEAYO RUSSELL, an individual and as Guardian Ad Litem for minor D.F., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a public entity, TIMOTHY GARDNER, and DOES 2-10 inclusive,, <br><br> Defendants. | Case No.: 2:23-cv-05979-KK-SK <br><br> **JOINT NOTICE OF CONDITIONAL SETTLEMENT PENDING BOARD APPROVAL AND MINOR'S COMPROMISE MOTION AND REQUEST TO VACATE ALL DATES** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE THAT the parties hereby submit the following Notice of Conditional Settlement and request to vacate all pending dates and stay all proceedings in the anticipation of the consummation of the terms of the settlement.

WHEREAS, the parties participated in mediation on July 16, 2024, with the assigned ADR panel mediator. At the conclusion of the mediation, a mediator's

proposal was provided to the parties.  Counsel for the County of Los Angeles advised that any settlement would be contingent upon approval from the County's Board, and counsel agreed to present and recommend the amount set forth in the mediator's proposal to said Board at the next meeting, scheduled in mid-August 2024.

WHEREAS, if the conditional settlement is approved, then Plaintiffs will be filing a petition for approval of the compromise of the claims of the minor plaintiffs. The Plaintiffs anticipate filing the minors' compromise within 45 days of the settlement's approval by the Board.

WHEREAS, Defendant Gardner's responsive pleading is not yet due, the parties agree that said pleading is stayed until the conditional settlement process is completed. If the conditional settlement is not approved, then Defendant Gardner will have 30 days to file a responsive pleading from the date of non-approval.

Accordingly, the parties, by and through their counsel of record, respectfully request that the Court vacate all pending dates and stay all proceedings pending the Board's approval of the settlement and in anticipation of the subsequent filing of the minors' compromise and consummation of the terms of the settlement.

DATED:  07/22/24                    BRAD GAGE LAW, APC

                                    By:  ___/s/ Milad Sadr_____
                                         BRAD GAGE
                                         MILAD SADR
                                         Attorneys for Plaintiffs


DATED:  07/22/24                    CARPENTER, ROTHANS & DUMONT LLP

                                         /s/ Kimberly Sarmiento
                                    By:  _____
                                         STEVEN J. ROTHANS
                                         KIMBERLY SARMIENTO
                                         Attorneys for Defendant,
                                         County of Los Angeles