**STEVEN J. ROTHANS – State Bar No. 106579**
**KIMBERLY SARMIENTO – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendant County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEAYO RUSSELL, an individual and as Guardian Ad Litem for minor D.F., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>COUNTY OF LOS ANGELES, a public entity, and DOES 1-10 inclusive, <br><br>　　　　Defendants. | Case No.: 2:23-cv-05979-KK-SK <br><br> **ORDER GRANTING STIPULATION FOR AN ORDER OF DISMISSAL** |

　　IT IS HEREBY ORDERED, following stipulation of counsel, Plaintiffs' civil action in the above-captioned case is hereby dismissed without prejudice.

　　IT IS SO ORDERED.

DATED: October 4, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Kenly Kiya Kato
　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -

ORDER GRANTING STIPULATION FOR AN ORDER OF DISMISSAL